### J. W. MOORE v. B. W. BOONE ET AL.

#### (Filed 9 March, 1932.)

APPEAL by defendant, T. H. Brown, from *Moore, Special Judge,* at December Term, 1931, of NASH.

Civil action to prevent waste, etc.

From a judgment for the plaintiff rendered on the "pleadings and the evidence introduced and admitted by the defendants," the defendant, T. H. Brown, appeals.

*L. L. Davenport and Battle & Winslow for plaintiff.*
*Manning & Manning for defendant Brown.*

PER CURIAM. A consideration of the record proper, to which we are limited in the absence of a statement of case on appeal, *In re Bank, ante,* 251; *Casualty Co. v. Green,* 200 N. C., 535, 157 S. E., 797, does not show that appellant has overcome the presumption against error. *Bailey v. McKay,* 198 N. C., 638, 152 S. E., 893. To prevail on appeal, he who alleges error must successfully handle the laboring oar. *Mangum v. Winstead, ante,* 252; *Frazier v. R. R., ante,* 11.

Affirmed.

---

### D. J. EVERETT v. N. C. STATE FAIR ASSOCIATION, SELF-INSURER.

#### (Filed 16 March, 1932.)

*No counsel for plaintiff.*
· *Attorney-General Brummitt and Assistant Attorney-General Siler for the State.*

PER CURIAM. The index to part of the record sent to this Court in the above action, says "Judgment on review by Judge W. A. Devin." The judgment of Judge Devin is not in the record. On authority of *Pruitt v. Wood,* 199 N. C., 788,.

Appeal dismissed.